# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  FRANK J. HARTS & BOBBIE M. HARTS                                  Case Number: 06-71663
904 W. 10TH STREET                SSN-xxx-xx-8771 & xxx-xx-2917
STERLING, IL  61081

Case filed on: 9/12/2006
Plan Confirmed on: 12/11/2006

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,295.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY DAVID H CARTER | 3,000.00 | 3,000.00 | 2,152.75 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,152.75 | 0.00 |
| 999 | FRANK J. HARTS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | A NEW HORIZON CREDIT COUNSELING | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 4,415.93 | 4,415.93 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 2,955.27 | 2,955.27 | 0.00 | 0.00 |
| 005 | PORTFOLIO RECOVERY ASSOCIATES | 2,635.16 | 2,635.16 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 3,434.80 | 3,434.80 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 2,903.15 | 2,903.15 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 3,037.71 | 3,037.71 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 2,302.21 | 2,302.21 | 0.00 | 0.00 |
| 010 | LVNV FUNDING LLC | 3,354.99 | 3,354.99 | 0.00 | 0.00 |
| 011 | CITIZENS BANK | 10,091.52 | 10,091.52 | 0.00 | 0.00 |
|  | Total Unsecured | 35,130.74 | 35,130.74 | 0.00 | 0.00 |
|  | Grand Total: | 38,130.74 | 38,130.74 | 2,152.75 | 0.00 |

Total Paid Claimant:      $2,152.75
Trustee Allowance:          $142.25          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.00          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008             By  /s/Heather M. Fagan